C. Barry Zimmerman, Trustee
trustee13@frontier.com
P.O. Box 1240
Coeur d'Alene, ID 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

# United States Bankruptcy Court
## District of Idaho

| In re: | |
|---|---|
| Engelbrecht, Michelle D.<br>            Debtor(s) | Case No**.:** No. 10-21438-TLM<br><br>Chapter 13 |

## Chapter 13 Trustee's Certificate of Dismissal

By submission of this Order to the Court to Dismiss this case for "cause" pursuant to 11 USC§1307 (c); that a copy of the motion was duly served on the above named debtor (s) and their attorney, if any; and that neither said debtor (s) nor their attorney has contacted the undersigned to request the motion to be set for hearing or make other arrangements satisfactory to the Trustee within the time set forth in said motion. Therefore, the undersigned hereby requests that this case be dismissed.

Submitted:  June 12th, 2011

/s/ C. Barry Zimmerman, Trustee
Chapter 13 Trustee